Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
Attorneys for Plaintiff
Misys Hospital Systems, Inc.

**IN THE UNITED STATES COURT**

**OF FEDERAL CLAIMS**

| | |
|---|---|
| MISYS HOSPITAL SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **Case Number** 06-605 T |

PLAINTIFF MISYS HOSPITAL SYSTEMS, INC.

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Misys Hospital Systems, Inc. ("Plaintiff"), hereby certifies that no publicly held corporation owns more than ten percent of its stock.

Dated: August 24, 2006

KELLEY DRYE & WARREN LLP

By: Paul L. Kattas

Paul L. Kattas, Esq.
Joseph A. Boyle, Esq.
Jacob J. Miles, Esq.
KELLEY DRYE & WARREN LLP
Attorneys for Plaintiff
Misys Hospital Systems, Inc.